UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

      - v. -                    :       NOTICE OF INTENT TO
                                    FILE AN INFORMATION
ROBERT S. BARACZEK,             :

        Defendant.              :

- - - - - - - - - - - - - - - - x

**Judge Pauley**

**07 CRIM 442**

     Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        May 10, 2007

                          MICHAEL J. GARCIA
                          United States Attorney

        By: _____
            Benjamin A. Naftalis
            Assistant United States Attorney

        AGREED AND CONSENTED TO:

        By: _____
            Benjamin Brafman, Esq.
            Attorney for
            Robert S. Baraczek



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-10-07