Judge Pauley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :     INFORMATION

    - v. -                             :     07 CRIM. 442

ROBERT S. BARACZEK,                  :

           Defendant.              :

- - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

1.   From in or about March 2004, through in or about September 2006, in the Southern District of New York and elsewhere, ROBERT S. BARACZEK, the defendant, unlawfully, willfully and knowingly, without being licensed by the State of Illinois or New York in accordance with the guidelines issued under Title 21, United States Code, Section 353(e)(2)(B) to do so, did engage in the wholesale distribution in interstate commerce of drugs that, because of their toxicity and other potentially harmful effects, and the method of their use, and the collateral measures necessary to their use, are not safe for use except under the supervision of a practitioner licensed by law to administer such drugs, to wit, BARACZEK engaged in the wholesale distribution of drugs containing finasteride by selling such drugs to licensed physicians, who then prescribed such drugs to individual patients.

(Title 21, United States Code, Sections 331(t),
353(e)(2)(A), and 353(b).)

<u>FORFEITURE ALLEGATION</u>

2.  As a result of committing the offense alleged in Count One of the Information, ROBERT S. BARACZEK, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting or derived from proceeds obtained directly or indirectly as a result of the illegal wholesale distribution in interstate commerce of finasteride alleged in Count One, including but not limited to the following:

a.  At least $125,000 in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the illegal wholesale distribution in interstate commerce of finasteride charged in Count One of the Information.

(Title 21, United States Code, Section 853.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**ROBERT S. BARACZEK,**

**Defendant.**

**INFORMATION**

07 Cr. --- (WHP)

(Title 21, United States Code, Sections 331(t), 353(e)(2)(A), and 353(b).)

MICHAEL J. GARCIA
United States Attorney.