```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :      07 CRIM. 442

        - v. -                   :      WAIVER OF INDICTMENT

ROBERT S. BARACZEK,              :      07 Cr.

            Defendant.           :

- - - - - - - - - - - - - - - x
```

      The above-named defendant, who is accused of violating Title 21, United States Code, Sections 331(t), 353(e)(2)(A), and 353(b), being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        May ___, 2007



0202