# BRAFMAN & ASSOCIATES, PC

ATTORNEYS AT LAW

767 THIRD AVENUE

26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

JENNIFER A. LIANG
ANDREA ZELLAN
BRIAN E. KLEIN
KAREN NEWIRTH

MARK M. BAKER
OF COUNSEL

JUN 2 0 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-26-07

June 20, 2007

*Via Fax – 212-805-6390*
The Honorable William H. Pauley
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

Re:  United States v. Robert Baraczek
     Criminal Docket No. 07-442 (WHP)

Dear Judge Pauley:

We write on behalf of our client, Robert Baraczek, to respectfully request the adjournment of the August 17, 2007 sentencing date. In consultation with Your Honor's deputy clerk, Kyle Wood, we have spoken with the United States Attorney's Office and the government consents to our request for an adjournment to 2:30 p.m. on September 11, 2007. We request this as the new sentencing date because all parties are available at that time.

Very truly yours,

Brian E. Klein

cc: Benjamin Naftalis
    Assistant United States Attorney
    *Via E-mail*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

6·20·07