UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------x

UNITED STATES OF AMERICA,        :

      -v.-                        :        ORDER

ROBERT BARACZEK,                 :        07 Cr. 442 (WHP)

          Defendant.           :

-----------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-17-07

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Kevin N. Fox, United States Magistrate Judge, on May 21, 2007;

    WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of Information 07 Cr. 442 (WHP) knowingly and voluntarily, and that there is a factual basis for the guilty plea,

    IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated: August 16, 2007

                                             Honorable William H. Pauley III
                                             United States District Judge