# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
767 THIRD AVENUE
26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN
—
ANDREA ZELLAN
KAREN A. NEWIRTH
MARC AGNIFILO ADMITTED IN N.Y. AND N.J.

MARK M. BAKER
OF COUNSEL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-25-07
```

October 24, 2007

**Via Fax (212-805-6390)**
The Honorable William H. Pauley
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

    Re:    United States v. Robert Baraczek, 07-CR-442 (WHP)

Dear Judge Pauley:

    We write on behalf of our client, Robert Baraczek, to respectfully request the adjournment of Mr Baraczek's November 2, 2007 sentencing date to November 19, 2007. The government consents to our request for an adjournment to November 19, 2007, if that is convenient for the Court.

*Application Granted. Sentencing adjourned to*
SO ORDERED: 11-30-07 at 2:45 p.m.

_____
WILLIAM H. PAULEY III U.S.D.J.
10-24-07

Very truly yours,

Karen A. Newirth

cc:    AUSA Benjamin Naftalis (via e-mail)
        Probation Officer Zondra Wilson (via e-mail)
        Rick Collins, Esq. (via e-mail)