November 15, 2007

The Honorable William H. Pauley
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Room 2210
New York, New York 10007

RE: United States v. Baraczek
    CR07-CR-442(WHP)

Dear Judge Pauley,

   My name is Laurel Baraczek, the wife of Robert Baraczek. I have known Robert since 1980 and have been married to him since 1984. We have two children of whom we are very proud. Robert is an excellent father and has always considered his children's needs a priority. We have a daughter with special needs, and he has always wanted her to have the best medical and educational support. He has worked very hard to provide this.
   During the twenty seven years I have known Robert, I have always found him to be honest, helpful, kind and considerate of others, practice integrity and respect others without prejudice. He is respected in the community in which we live. He feels a deep conviction and responsibility to help those who are less fortunate and has made anonymous donations over the years. Recently, he paid the tuition for a child to go to private school, who was being bullied in the Chicago public school system. This is just one example of his generosity and concern.
   Robert has a very positive outlook on life. He connects with people of all races and religion. He has traveled all over the world and maintains friendships with people he has met. Robert and I both feel that you have a purpose for the short time you are on this earth, and you have an obligation to recognize and fulfill that purpose. I know in my heart, this is what he will continue to do, and I hope the court will be lenient.

Sincerely,

*[signature]*

Laurel Baraczek