John Baraczek
87 Burtis Point Rd
Auburn, New York 13021
Phone 315 253-6300

Date: October 30, 2007

The Honorable William H. Pauley
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, NY 10007

RE: **United States v. Baraczek**
    **CR 07-CR-442(WHP)**

Dear Judge Pauley,

Please be advised that by way of introduction my name is John Baraczek and I am the Brother of Robert (Bob) Baraczek. As a brief reference to my background I reside with my family in Auburn, New York with my wife Jean. We have four (4) children.

I have worked with in the Graphics Arts Industry for over three (3) decades and I am currently a Managing Country Director for the Graphics Systems Division of AGFA Inc.

As his older brother I have known Bob all of my life. From our early childhood years, through grammar school, high school, college and beyond into the work place we played together, worked together and prayed together as part of a close nit family. And as a result I have come to admire Bob not only as

my Brother but for the many qualities that I believe separate him from others.

At an early age and as part of a blue collar family we both worked outside the family unit.
During grammar school, high school and college Bob worked as a paper boy, ice cream clerk, farm worker and construction worker. Monies earned helped to defray the cost of living as well as college tuition and expenses. Bob also found the time to contribute to our local church as well as to charities. He often donated his time and energy to help others.

Not withstanding the above I know Bob to be a very intelligent focused individual that emulates hard work and persistence as a self made business man. However, the trait that is most prevalent is that of a dedicated family man, husband and father. When I was first married and with young children Bob was always there to help and support. He gave willingly of his time and made the effort to go out of his way to spend time with our children.

More specifically, as Bob and his wife Laurel began to raise a family of their own it became clear that one of their two children, Lauren, was born with a severe learning/speech disability.  Over the years through countless doctors, therapists and tutors I believe the biggest effect on Lauren's progress was Bob's dedication and resolve to inspire in his daughter an "I can do it attitude" to never give up and be proud of ones accomplishments no matter how small. One of Lauren's tutors recently commented that her progress was miraculous and attributed much to the efforts of both Bob and his wife Laurel. As a note, Lauren is scheduled to graduate from high school in the near future. Her communication skills are much improved and she looks to Bob for continued inspiration and confidence.

Judge Pauley, I am aware that Bob has pleaded guilty to certain criminal charges. I also believe fully in the fairness of our legal system under which our rights as citizens are protected. Our father, who as a GI landed on the beaches of Normandy during the D Day invasion, was one of many that fought to protect the American Way of life. Dad also had the utmost respect for the fairness of our legal system.

Bob has expressed to me personally as well as to others that he sincerely regrets and is remorseful for his actions and the pain he has caused others. Furthermore he has expressed a sincere desire to put this matter behind him and to not inflict additional pain on his family and others.

Judge Pauley, I love my Brother very much and in spite of his guilty plea know my Brother to be a good person and a dedicated family man who has demonstrated great qualities through out his life and will continue to do so in the future.

I ask with all due respect that in entrusting Bob to the mercy of the court and in consideration of Bob's good qualities you will consider this as a plea for leniency.

Thank you for taking the time to read, review and consider my personal thoughts and comments.

Very respectively,

John Baraczek