

**U.S. Department of Justice**

*United States Attorney*
*Northern District of New York*

---

445 Broadway, Room 218        TEL: (518) 431-0247
James T. Foley U.S. Courthouse        FAX: (518) 431-0249
Albany, New York 12207-2924

October 23, 2007

Karen A. Newirth, Esq.
Brafman & Associates
767 Third Avenue, 26th Floor
New York, New York 10017

Re: <b>Robert Baraczek</b>

Dear Ms. Newirth:

    Please allow this letter to document the efforts of your client, Robert Baraczek, regarding an ongoing investigation in the Northern District of New York.

    On September 24, 2007, Mr. Baraczek, accompanied by counsel, met via teleconference with members of the United States Attorney's Office, Northern District of New York, Food and Drug Administration and Drug Enforcement Administration. Mr. Baraczek voluntarily answered questions for more than two hours. The substance of the questions involved, among other things, Mr. Baraczek's professional dealings with an entity known to the parties. Moreover, he answered questions regarding persons associated with the subject entity; his statements specifically shed light on a transaction(s) between Mediderm and the subject entity.

    Following his interview, Mr. Baraczek provided, in writing, clarification of his oral statements and copies of documents requested during the interview. Mr. Baraczek provided answers to all of the government's questions and documents when requested. Mr. Baraczek did so with testimonial immunity.

Very truly yours,

GLENN T. SUDDABY
United States Attorney

By: *[signature]*
Thomas A. Capezza
Richard S. Hartunian
Assistant U.S. Attorneys