USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-28-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :
                                      
          -v.-                        :     ORDER OF FORFEITURE
                                      
ROBERT S. BARACZEK,                   :     07 Cr. 0442 (WHP)
                                      
                    Defendant.        :
                                      
- - - - - - - - - - - - - - - - -x

WHEREAS, on or about May 21, 2007, ROBERT S. BARACZEK, (the "Defendant"), was charged in a one-count Information 07 Cr. 0442 (WHP) (the "Information") with illegal wholesale distribution in interstate commerce of prescription drugs, in violation of 21 U.S.C. §§ 331(t), 353(e)(2)(A), and 353(b);

WHEREAS, the Indictment included a forfeiture allegation seeking, pursuant to 21 U.S.C. § 853, any property constituting or derived from proceeds obtained directly or indirectly as a result of the illegal wholesale distribution in interstate commerce of finasteride, including, but not limited to a sum of money in the amount of at least $125,000 in United States currency;

WHEREAS, on or about May 21, 2007, the defendant ROBERT S. BARACZEK pled guilty to the Information and admitted to the forfeiture allegation, pursuant to a plea agreement;

WHEREAS, on or about August 31, 2007, pursuant to the plea agreement, the defendant forwarded to the United States

1

Attorney's Office a check for $125,000, in full satisfaction of his forfeiture obligation; and

WHEREAS, on or about November 30, 2007, the defendant was sentenced and ordered to a forfeiture money judgment in the amount of $125,000.00 in United States Currency, representing the amount of proceeds obtained as a result of the offenses charged in the Information;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.  As a result of the offense in the Information, for which the defendant pled guilty, a money judgment in the amount of $125,000.00 shall be entered against the defendant.

2.  All of the defendant's right, title and interest in the Forfeited Funds is forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21 U.S.C. § 853.

3.  Pursuant to 21 U.S.C. § 853(h), the United States of America shall be authorized to deposit the forfeited funds in the Asset Forfeiture Fund, and the United States shall have clear title to the Forfeited Funds.

4.  Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant ROBERT S. BARACZEK.

5.  The Court shall retain jurisdiction to enforce

this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

6. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney, Sharon Cohen Levin, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       Nov 26        , 2007

                                    SO ORDERED:

                                    _____
                                    HONORABLE WILLIAM H. PAULEY
                                    UNITED STATES DISTRICT JUDGE

3