

# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE

26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN
———
ANDREA ZELLAN
KAREN A. NEWIRTH
MARC AGNIFILO ADMITTED IN N.Y. AND N.J.

MARK M. BAKER
OF COUNSEL


MEMO ENDORSED

January 29, 2008

**VIA ELECTRONIC FILING**
The Honorable William H. Pauley
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street; Room 2210
New York, NY 10007

       RE:    **UNITED STATES V. ROBERT S. BARACZEK**
                   **07 CR 442 (WHP)**

Dear Judge Pauley:

     As you are aware, we represent the defendant, Robert Baraczek, in the above-captioned matter. On November 30, 2007, Mr. Baraczek was sentenced by Your Honor to a one year term of probation. <u>We write to request that the terms of Mr. Baraczek's probation be temporarily modified to permit him to travel to St. Maarten on February 8, 2008, returning on February 11, 2008 to attend business meetings.</u> (We note that Mr. Baraczek has previously made this request to his probation officer who directed him to seek the Court's permission.)

     We thank the Court in advance for its attention in this matter. Should the Court have any questions or concerns, we stand ready to assist.

APPLICATION GRANTED ON CONSENT.
**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
2/12/08

Very truly yours,

Karen A. Newirth

cc:   Benjamin Naftalis, Esq. (via e-mail)