### BRAFMAN & ASSOCIATES, P.C.
ATTORNEYS AT LAW
767 THIRD AVENUE
26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
KAREN A. NEWIRTH
MARC AGNIFILO ADMITTED IN N.Y. AND N.J.

MARK M. BAKER
OF COUNSEL





March 13, 2008

**VIA ELECTRONIC FILING**
The Honorable William H. Pauley
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street; Room 2210
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/08

RE:   **UNITED STATES V. ROBERT S. BARACZEK**
        **07 CR 442 (WHP)**

Dear Judge Pauley:

As you are aware, we represent the defendant, Robert Baraczek, in the above-captioned matter. On November 30, 2007, Mr. Baraczek was sentenced by Your Honor to a one year term of probation.

We write to request that the terms of Mr. Baraczek's probation be temporarily modified to permit him to travel to Seoul, Korea on March 19, 2008 returning on March 22, 2008 and again on April 28, 2008, returning May 1, 2008 to attend business meetings. In addition, we would ask the Court to further temporarily modify the terms of Mr. Baraczek's probation to permit him to attend two business conferences, one in Paris from April 10 through the 13, and one in Amsterdam from April 14, 2008 through April 17, 2008. Mr. Baraczek was previously directed by his probation officer to make all travel requests before this Court, which is why we now seek the Court's permission.

**BRAFMAN & ASSOCIATES, P.C.**

   We thank the Court in advance for its attention in this matter. Should the Court have any questions or concerns, we stand ready to assist.

                  Very truly yours,

                  Karen A. Newirth

cc:  Benjamin Naftalis, Esq. (via e-mail)

APPLICATION GRANTED ON CONSENT OF
SO ORDERED: THE GOVERNMENT.

_____
WILLIAM H. PAULEY III U.S.D.J.
4/2/08

2