# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN
———
ANDREA ZELLAN
KAREN A. NEWIRTH
MARC AGNIFILO ADMITTED IN N.Y. AND N.J.

MARK M. BAKER
OF COUNSEL

June 30, 2008

**VIA ELECTRONIC FILING**
The Honorable William H. Pauley
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street; Room 2210
New York, NY 10007

          **RE:**   **UNITED STATES V. ROBERT S. BARACZEK**
                  **07 CR 442 (WHP)**

Dear Judge Pauley:

     As you are aware, we represent the defendant, Robert Baraczek, in the above-captioned matter. On November 30, 2007, Mr. Baraczek was sentenced by Your Honor to a one year term of probation.

     We write to request that the terms of Mr. Baraczek's probation be temporarily modified to permit him to travel to Italy from July 7, 2008 through July 9, 2008 to attend business meetings. Mr. Baraczek was previously directed by his probation officer to make all travel requests before this Court, which is why we now seek the Court's permission. Assistant United States Attorney Benjamin Naftalis has consented to the defendant's request.

**BRAFMAN & ASSOCIATES, P.C.**

       We thank the Court in advance for its attention in this matter. Should the Court have any questions or concerns, we stand ready to assist.

                                Very truly yours,

                                Karen A. Newirth

cc:    Benjamin Naftalis, Esq. (via e-mail)